UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLITA BLANCO,

                Plaintiff,

              -against-

JUDGE VALERIE PELS, ET AL.,

                Defendants.

25-CV-5435 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an IFP application, but it is incomplete. (ECF 2.) In response to questions regarding her financial circumstances, she indicates that she does not have any source of income. She does not respond to the question asking how she is paying her expenses. She also leaves blank the questions asking about her expenses, assets, and debts. Because Plaintiff's IFP application does provide a full accounting of her financial circumstances, the Court is unable to determine whether she can pay the fees for this action.

    No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    July 1, 2025
           New York, New York

                                       /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge