UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLITA BLANCO,

                Plaintiff,

-against-

JUDGE VALERIE PELS, ET AL.,

                Defendants.

25 CIVIL 5435 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 6, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated:   October 8, 2025

       New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge